UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 1 2017

---------------------------------------------------------------

MANUEL DELEG,

               Plaintiff,

v.                            Docket No. 1:16-CV-07762 (RA)

CROMAN REAL ESTATE, INC, CROMAN FAMILY
ASSOCIATES, LLC, 9300 REALTY MANAGEMENT
INC., 151 RIVINGTON HOLDINGS LLC, 153
RIVINGTON LLC, 182 STANTON LLC, 186
AVENUE B NY LLC, 215 AVENUE B REALTY LLC,
326-338 E. 100TH LLC, 380-382 E. 10TH LLC, MAJOR
PERRY STREET CORP., 134 ORCHARD LLC, and
STEVEN CROMAN,

               Defendants.

---------------------------------------------------------------

## ORDER OF FINAL DISMISSAL WITH PREJUDICE

WHEREAS, on May 24, 2017, the Court entered an Order (signed on May 23, 2017), approving the parties' proposed Settlement Agreement and General Release ("Settlement Agreement"), which had been submitted to the Court on May 12, 2017, together with a Fairness Letter explaining all of the bases for the Settlement Agreement; and

WHEREAS, on May 24, 2017, the Court's Order (signed on May 23, 2017) approved the Settlement Agreement in its entirety and directed that the parties submit this proposed Order of Final Dismissal with Prejudice; and

WHEREAS, the parties have now filed an executed copy of the Settlement Agreement on the public ECF Docket (Docket No. 68), as directed by the Court on May 24, 2017 (signed by

1

the Court on May 23, 2017); and

WHEREAS, the parties intend that the Settlement Agreement and this Order of Final Dismissal with Prejudice fully resolve all disputes between them;

**IT IS HEREBY ORDERED as follows:**

1. The Settlement Agreement is approved in its entirety;

2. Without affecting the finality of this Order of Final Dismissal with Prejudice, the Court retains jurisdiction over this case to enforce and construe the Settlement Agreement in accordance with its terms for the mutual benefit of the parties. The parties shall abide by all terms of the Settlement Agreement, which are incorporated herein and are hereby "so ordered," as well as this Order of Final Dismissal with Prejudice.

3. The Parties having so agreed, this Order of Final Dismissal with Prejudice is hereby entered as a final order of the Court, and this case is dismissed with prejudice, and the Clerk is respectfully requested to close this case.

Dated: New York, New York
       June 20, 2017

So Ordered: _____
Hon. Ronnie Abrams
United States District Judge